USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   06/05/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS ALVAREZ,

        Plaintiff,

    -against-

BIG WONG MOTT ST INC. and TIN FOOK
WILLIAM LI,

        Defendants.

25-CV-1300 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 17, 2025, in its Order Scheduling Initial Case Management Conference, the Court ordered that counsel for all parties "meet and confer in accordance with Fed. R. Civ. P.26(f) no later than 21 days prior to the initial case management conference," and then, "one week prior to the conference," file "a Pre-Conference Statement, via ECF, signed by counsel for *all parties*." Dkt. 11 at 1 (emphasis added). The Initial Case Management Conference is now scheduled for June 11, 2026, making the parties joint Pre-Conference Statement, "signed by or on behalf of counsel for *all parties*," due June 4, 2026. Dkt. 33 at 3 (emphasis added).

On June 4, 2026, plaintiff filed a proposed case management plan (Proposed Plan) (Dkt. 38), signed only by plaintiff's counsel and reflecting only plaintiff's scheduling proposals. Counsel explained that Morton S. Minsley, Esq., defendants' counsel of record, "has not responded to Plaintiff's meet-and-confer efforts." Proposed Plan at 1.

This is not the first time that attorney Minsley has disregarded both Rule 26(f) and a specific order of this Court to participate in the preparation of a joint submission. Nor is it the first time that this Court has been compelled to remind him that "compliance with this Court's orders is not optional." Dkt. 14 at 1; *see also* Dkt. 17 at 1 (ordering attorney Minsley to participate in the

preparation of the joint pretrial statement, withdraw from his representation of his then-current clients, or show cause why he failed to do either).

This is attorney Minsley's last warning. It is hereby ORDERED that he (i) meet and confer with plaintiff's counsel in good faith and thereafter (ii) prepare and submit a *joint* proposed case management plan **no later than June 8, 2026**. No further extensions of this deadline will be granted absent compelling circumstances.

Dated: New York, New York  
      June 5, 2026

SO ORDERED.

**BARBARA MOSES**  
**United States Magistrate Judge**

2