# MORTON S. MINSLEY

**Attorney at Law**

Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849 Fax: 212-766-9798 E-Mail: Minsleylaw@me.com

February 23, 2026

**Via ECF**
Hon. Barbara Moses
United States Magistrate Judge
US District Court, SDNY
500 Pearl Street
New York NY 10007

Re: Marcos Alvarez v. 67 Big Wong Restaurant Inc., Fook S. Chan, Judy Chan and Hong Wong
US District Court, SDNY, Case # 1:15-cv–01300 (VSB - BCM)

Dear Magistrate Judge Moses:

I am writing in response to your Honor's Order dated June 5, 2026 in this matter, at ECF 39. Please note that there was no effort by Plaintiff's counsel to meet and confer before filing the Joint Case management plan at ECF 38. Plaintiff filed the case management plan at 6:48 pm on June 4, 2026 at ECF 38. At 6:51 pm I received an E-mail from Plaintiff's counsel stating "See attached. I just followed the basic FRCPs for dates but this was due today".

Upon receipt of the proposed plan, I reviewed it and found nothing objectionable. Thus, in response to the Court's order, I e-mailed Ms. Stillman that I consent to her proposed plan, and I advise the Court of my consent herewith.

Respectfully,

Morton S. Minsley

MSM: mm
cc. Lisa Stillman, Esq., Attorney for Plaintiff, Via ECF