USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 09/28/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS ALVAREZ,

Plaintiff,

-against-

BIG WONG MOTT ST INC. and TIN FOOK WILLIAM LI,

Defendant.

25-CV-1300 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

All discovery in this wage and hour action must be completed by November 9, 2026. *See* Dkt. 41 ¶ 6. Yet, according to the letter-motion filed on September 7, 2026 by plaintiff Marcos Alvarez (Pl. Mot.) (Dkt. 44), defendants Big Wong Mott St Inc. and Tin Fook William Li have persistently failed, for months, to respond to plaintiff's initial written discovery requests – document demands, requests for admission (RFAs), and interrogatories – which were served on July 9, 2026. Pl. Mot. at 1; *see also* Dkt. 46 (copies of plaintiff's written discovery requests). Plaintiff's counsel further asserts that, although she made good-faith efforts to meet and confer with defendants' counsel Morton S. Minsley, attorney Minsley was unresponsive. Pl. Mot. at 1-2.

I have twice extended defendants' time to respond to plaintiff's discovery letter-motion. Most recently, on September 21, 2026, I extended defendants' response deadline to September 25, 2026 – at attorney Minsley's request – but warned that "[n]o further extensions will be granted." Dkt. 50. September 25 has now come and gone, but defendants have failed to respond to plaintiff's letter-motion.

Under the circumstances, no conference is required. It is hereby ORDERED that, no later than **October 8, 2026**, defendants must serve their responses and objections to plaintiff's document demands, in accordance with Fed. R. Civ. P. 34(b); their objections and verified answers to plaintiff's first 25 interrogatories, in accordance with Fed. R. Civ. P. 33(a)(1) and 33(b); and their

objections and responses to plaintiff's RFAs, in accordance with Fed. R. Civ. P. 36(a)(4) and (5). It is further ORDERED that, no later than **October 15, 2026**, defendants must produce all nonprivileged responsive documents, except those subject to a particularized objection made in accordance with Fed. R. Civ. P. 34(b)(2)(B)-(D), and serve their privilege log (if any documents were withheld on privilege grounds) in accordance with Local Civ. R. 26.2.

The parties are reminded that a status conference is scheduled for October 21, 2026. *See* Dkt. 41 ¶ 8. The parties' pre-conference status letter is due on October 14, 2026. *Id*. The status conference is an in-person proceeding. Lead counsel for all parties must appear.

Dated: New York, New York
September 28, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**