USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/15/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS ALVAREZ,

Plaintiff,

-against-

BIG WONG MOTT ST INC. and TIN FOOK WILLIAM LI,

Defendant.

25-CV-1300 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In a letter filed today, October 15, 2026 (Pl. Ltr.) (Dkt. 52), plaintiff states that defendants have failed to comply with this Court's September 28, 2026 Order (Order) (Dkt. 51), which directed them to serve their responses and objections to plaintiff's document demands, their objections and verified answers to plaintiff's first 25 interrogatories, and their objections and responses to plaintiff's requests for admission by October 8, 2026. *See* Order at 1-2. Plaintiff also reports that defendants have yet to produce all nonprivileged responsive documents and serve their privilege log, which they were directed to do by October 15, 2026. *See* Order at 2. Plaintiff's letter, however, makes no particular request for relief.

If plaintiff intends to seek sanctions pursuant to Fed. R. Civ. P. 37(b)(2)(A) (which authorizes a range of sanctions for violation of a discovery order, including but not limited to monetary sanctions, preclusion orders, orders striking pleadings or rendering a default judgment against the disobedient party, and contempt orders), plaintiff must file that motion no later than **October 26, 2026**.

The parties are again reminded that a status conference is scheduled for October 21, 2026, and will be held in person. Order at 2; *see also* Dkt. 41 ¶ 8. The parties' joint pre-conference status letter was due yesterday, October 14, 2026. Order at 2; Dkt. 41 ¶ 8. The parties must file their joint letter no later than **October 16, 2026**.

Dated: New York, New York
October 15, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**