USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/21/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS ALVAREZ,

Plaintiff,

-against-

BIG WONG MOTT ST INC. and TIN FOOK WILLIAM LI,

Defendant.

25-CV-1300 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's status conference, all discovery deadlines (including defendants' deadline to respond to plaintiff's pending motion for discovery sanctions) are STAYED for three weeks, through **November 18, 2026**, in an effort to conserve resources while the parties focus on settlement. During this period:

1. Defendants' counsel must promptly communicate plaintiff's initial settlement demand to his client, obtain a concrete counteroffer, and present the counteroffer to plaintiff's counsel.

2. The parties' counsel must then meet and confer, in real time (*e.g.*, in person or by telephone, not solely via email), in a good-faith effort to negotiate a settlement.

3. No later than **November 18, 2026** – if the case has not yet settled – the parties must submit a confidential joint update letter, by email, to the undersigned Magistrate Judge's chambers email address. The letter must describe the state of the parties' settlement negotiations, including the most recent demand and offer by each side, and report each side's view as to (i) whether a judicially supervised settlement conference would be beneficial and (ii) what new deadlines should be set for discovery and the pending motion for sanctions.

Dated: New York, New York
October 21, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**